# Notice Recipients

District/Off: 0974–3          User: mrodrigue                Date Created: 6/11/2015
Case: 14–08109–CL13           Form ID: pdfO2                 Total: 4

**Recipients of Notice of Electronic Filing:**
tr          Thomas H. Billingslea          Billingslea@thb.coxatwork.com
aty         Armine Singh          armine@jtlegalgroup.com
aty         Todd Headden          billingslea@thb.coxatwork.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ramon V. Bautista          612 Jewell Dr.          San Diego, CA 92113

TOTAL: 1